UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FILED-USBC, FLS-MIA
'24 NOV 27 PM 12:33

In re:  Case No. 19-14602-AJC

SELECTIVE ADVISOR GROUP, LLC  Chapter 11

Debtor,

_____/

## MOTION TO RELEASE CASH BOND AND ACCRUED INTEREST

Christopher Kosachuk, files this Motion to Release Cash Bond and Accrued Interest. In support Mr. Kosachuk states:

1. This Court entered a final judgment on July 30, 2019 for sanction in the amount of $9,500 (the "Sanctions Judgment"). [*See* Doc. 82].

2. The Sanctions Judgment was immediately assigned to Mr. Kosachuk. [*See* Doc. 173].

3. Debtor Selective Advisor Group, LLC ("Selective") filed a motion to stay pending appeal and the Court granted the motion to stay conditioned upon posting a $9,500 cash bond. [*See* Doc. 87]. Selective filed a Notice of Compliance and attached a receipt for payment of the cash bond. [*See* Doc. 101 and 101-1].

4. The District Court affirmed the Sanctions Judgment and as such it is now appropriate to release the cash bond and accrued interest. [*See* Doc. 172].

5. Accordingly, Mr. Kosachuk moves this Court for an order directing the Bankruptcy Clerk to release the $9,500 cash bond and accrued interest to Christopher Kosachuk.

**WHEREFORE**, for the reasons set forth above, Mr. Kosachuk respectfully asks to Court to grant the motion to release the cash bond and accrued interest and order the Bankruptcy Clerk

to release the cash bond and accrued interest to Christopher Kosachuk pursuant to the attached proposed order.

| Dated: November 27, 2024 | *[signature]* |
| | Christopher Kosachuk |
| | *Pro Se Movant, Assignee & Judgment Creditor* |
| | 854 Pheasant Run Rd. |
| | West Chester, PA 19382-8144 |
| | (305) 490-5700 |
| | chriskosachuk@gmail.com |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                              Case No. 19-14602-AJC

SELECTIVE ADVISOR GROUP, LLC                        Chapter 11

Debtor,
_____/

### ORDER GRANTING MOTION TO RELEASE CASH BOND AND ACCRUED INTEREST

**THIS MATTER** having come before the Court on Christopher Kosachuk's Motion to Release Cash Bond and Accrued Interest (the "Motion"). [DOC. ___].

**ORDERED AND ADJUDGED that:**

The Motion is **GRANTED**.

The Bankruptcy Clerk is ordered to release the cash bond and accrued interest payable to Christopher Kosachuk, 854 Pheasant Run Rd., West Chester, PA 19382-8144.

###

**Submitted by:**

Christopher Kosachuk
854 Pheasant Run Rd.
West Chester, PA 19382-8144
(305) 490-5700
chriskosachuk@gmail.com

The party submitting this order shall serve a copy of the signed order on all parties listed below and file with the court a certificate of service conforming with Local Rule 2002-1(F).

**Copies to:** Clerk, U.S. Bankruptcy Court, Office of the U.S. Trustee, all parties of interest.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of foregoing was hand delivered to the Clerk of Court who will electronically file it and serve it upon all parties of record as indicated on this 27th day of November, 2024.

|  | Christopher Kosachuk<br>*Pro Se Movant, Assignee & Judgment Creditor*<br>854 Pheasant Run Rd.<br>West Chester, PA 19382-8144<br>(305) 490-5700<br>chriskosachuk@gmail.com |
|---|---|

### Via CM/ECF/FIRST CLASS MAIL

All parties of record