**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

SELECTIVE ADVISOR GROUP LLC              CASE NO. 19-14602-BKC-RAM
                                         CHAPTER 11
Debtor,
_____/

**Motion to Continue 12//11/24 10 AM hearing**

Undersigned appeared for the debtor for the limited purpose of the motion regarding cash bond, and moved for continuance of the 12/18/24 10 am hearing by reason of the fact that undersigned counsel would be travelling in New York that day and time on family vacation  and was not confident he could do a zoom hearing.

The court reset for 12/11/24, but undersigned has a conflict with a challenging calendar that morning, with an in person hearing in a contested confirmation before Judge Geyer in Orlando at 11:15 AM and a zoom hearing before that with Judge Delano at 10:30 that same morning. Undersigned knows from experience that it will take 2.5 to 3 hours to get from home to Orlando court on I-4, which always has accidents and hold ups. After court in Orlando undersigned has to run back to his office again 2-3 hours for a 3:45 PM state court zoom hearing.

Undersigned has conferred with Chris Kosachuk about the motion at bar, who did not consent to the continuance requested. Mr. Kosachuk is not a party in this case, and has not moved to intervene. This case was closed 9/29/22 and has not been reopened.

There is no good reason to rush this hearing. This is a 2019 case in which there has been no activity from 9/29/22 when the case was closed DE 174 until 11/27/24 when Mr Kosachuk appeared pro se with an assignment of judgment, DE 175 and motion to release bond DE 176.

Mr. Kosachuk as manager of NLG waited from 3/4/22 when the appeal was resolved – 2 ½ years – and can wait a little longer.

Undersigned has not had sufficient time to prepare a response to the motion,  which should be

until 14 days or 12/11/24.

Undersigned is in New York the next week 12/17/24 until year end for family vacation, and then in Orlando January 14-21 also for family vacation.

Wherefore undersigned respectfully requests a continuance of the hearing to January 30, 2025, which is the next date that Chambers offered.


Respectfully submitted, 12/5/24

### JOEL M. ARESTY, P.A.

**Board Certified Business Bankruptcy Law**
309 1st Ave S
Tierra Verde, FL 33715
Fax: 800-559-1870
Phone: (305) 904-1903
S:/ Joel M. Aresty
Joel M. Aresty,
ESQ Fla. Bar No.
197483
aresty@Mac.com


### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of foregoing was served via CM/ECF
And email to Chris Kosachuk chriskosachuk@gmail.com