UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:   Case No. 19-14602-RAM

SELECTIVE ADVISOR GROUP, LLC   Chapter 11

    Debtor,

_____/

**NLG LLC'S RESPONSE IN SUPPORT OF AND CONSENT TO
MOTION TO RELEASE CASH BOND AND ACCRUED INTEREST [ECF 176]**

NLG, LLC ("NLG"), through undersigned counsel, hereby supports and consents to the Motion to Release Cash Bond and Accrued Interest (the "Motion") [ECF 176] and hereby moves for that relief requested in the Motion be granted without further delay.

Selective Advisor Group, LLC ("Selective") no longer has any interest in the cash bond held by the Clerk because it lost on appeal. The cash bond was posted to stay execution of the judgment pending appeal. Selective lost on appeal to the District Court and then failed to appeal the District Court order affirming the judgment [ECF 172] to the Eleventh Circuit. Thus, the District Court Order is clearly final and non-appealable. Selective has no viable argument in opposition to the Motion.

In fact, Selective has not filed any opposition to the Motion and thus the Court should grant the relief requested in the Motion at the December 11, 2024 10:00AM hearing [*See* ECF 182] because Selective is wasting this Court's time and resources with frivolous motions for continuance when it clearly no longer has any interest in the cash bond or accrued interest because it lost on appeal. The game is over.

December 9, 2024

**CERTIFICATION PURSUANT TO LOCAL RULE 2090-1(A)**

NLG Response and Consent to Motion [ECF 176]
Case No. 19-14602-AJC
Page 2 of 3

      I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rules 2090-1(A).

      Respectfully submitted,

      */s/ Juan Ramirez, Jr.*

      _____
      Juan Ramirez, Jr.
      Attorney of Record For NLG, LLC
      1331 Brickell Bay Dr. #708
      Miami, FL 33131
      (305) 479-0150
      jr@adrmiami.com

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of foregoing was served via CM/ECF, email or U.S. Mail to the parties on the attached service list as indicated on this 9th day of December, 2024.

_____
Juan Ramirez, Jr.
Attorney of Record For NLG, LLC
1331 Brickell Bay Dr. #708
Miami, FL 33131
(305) 479-0150
jr@adrmiami.com

# SERVICE LIST

**Via CM/ECF/Email/First Class Mail**

Geoffrey S. Aaronson on behalf of Interested Party Aaronson Schantz Beiley P.A.
gaaronson@aspalaw.com

David W. Langley on behalf of Debtor Selective Advisors Group, LLC
dave@flalawyer.com, emily@flalawyer.com;monica@flalawyer.com

Joel Aresty on behalf of Debtor Selective Advisors Group, LLC
Aresty@Mac.com

Christopher Kosachuk, Assignee of NLG, LLC
chriskosachuk@gmail.com