UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                    Case No. 19-14602-RAM

SELECTIVE ADVISOR GROUP, LLC                              Chapter 11
    Debtor,
_____/

**JOINT REPLY TO OPPOSITION TO
MOTION TO RELEASE CASH BOND AND ACCRUED INTEREST**

NLG, LLC, by and through undersigned counsel, and Christopher Kosachuk, *pro se,* file this Reply to the Opposition to the Motion to Release Cash Bond and Accrued Interest (the "Opposition") [Doc. 186]. In support they reply:

1. Debtor Selective Advisor Group, LLC ("Selective") lost all its interest in the cash bond and accrued interest when the District Court affirmed the Sanctions Judgment. [*See* Doc. 172]. As such the Court can disregard Selective's Opposition in its entirety because Selective has no standing.

2. Even though Selective has no standing to be heard on the release of the cash bond, each of their frivolous arguments will be rebutted.

3. The assignment from NLG to Mr. Kosachuk predates the alleged bankruptcy filing by more than two years and thus this argument is a red herring because on July 30, 2019, the date of the assignment, NLG was free to assign its judgment and in fact assigned its judgment to Mr. Kosachuk.

4. A Motion to Reopen is not necessary to adjudicate this motion. It is nonsensical that Movant should have to pay over $1,000 to reopen a bankruptcy case that Selective filed in bad faith. This would only further reward Selective for its sham bankruptcy filing.

5. Movant Kosachuk established standing by filing the assignment from NLG, LLC.

6. Finally, Movant Kosachuk was and is also the manager of NLG who consented to the relief requested in the Motion.

7. Accordingly, NLG and Mr. Kosachuk move this Court for an order directing the Bankruptcy Clerk to release the $9,500 cash bond and accrued interest to Christopher Kosachuk.

**WHEREFORE**, for the reasons set forth above, NLG, LLC and Mr. Kosachuk respectfully move this Court to grant the motion to release the cash bond and accrued interest and order the Bankruptcy Clerk to release the cash bond and accrued interest to Christopher Kosachuk.

| | |
|---|---|
| Dated: December 17, 2024 | |
| *(signature)* | *(signature)* |
| Juan Ramirez, Jr. | Christopher Kosachuk |
| Attorney of Record For NLG, LLC | *Pro Se Movant, Assignee & Judgment Creditor* |
| 1331 Brickell Bay Dr. #708 | 854 Pheasant Run Rd. |
| Miami, FL 33131 | West Chester, PA 19382-8144 |
| (305) 479-0150 | (305) 490-5700 |
| jr@adrmiami.com | chriskosachuk@gmail.com |

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of foregoing was filed with the Clerk of Court CM/ECF system which will electronically serve it upon all parties of record as indicated on this 17thh day of December, 2024.

|  | *[signature]* <br> _____ <br> Juan Ramirez, Jr. <br> Attorney of Record For NLG, LLC <br> 1331 Brickell Bay Dr. #708 <br> Miami, FL 33131 <br> (305) 479-0150 <br> jr@adrmiami.com |
|---|---|

**Via CM/ECF/FIRST CLASS MAIL**

All parties of record